## SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.: 3:11-CV-00375 (JCH)

THORNTON AND COMPANY, INC.

VS

LINDAMAR INDUSTRIES, INC.

---

Afterwards I received the return receipt hereto annexed, **(Lindamar Industries, Inc., C/o The Secretary).**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Hall   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Lindamar Industries Inc.<br>C/o The Secretary<br>P.O. Box 2180<br>Paso Robles, CA 93447 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>PASO ROBLES MAR 29 2011 USPS<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0780 0001 9731 7016 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

ATTEST:

_____
CHARLES J. LILLEY
STATE MARSHAL
HARTFORD COUNTY

**SUPPLEMENTAL RETURN**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.: 3:11-CV-00375 (JCH)

THORNTON AND COMPANY, INC.

VS

LINDAMAR INDUSTRIES, INC.

---

Afterwards I received the return receipt hereto annexed, **(Lindamar Industries, Inc., C/o The Secretary)**.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Brandon Se...  C. Date of Delivery |
| 1. Article Addressed to:<br>Lindamar Industries, Inc<br>C/o The Secretary<br>National Registered Agents, Inc.<br>2175 Michelle Drive, Suite 100<br>Irvine, CA 92606 | D. Is delivery address different from item 1? ☐ Yes / ☐ No<br>_[postmark MAR 30 2011]_<br>3. Service Type: ☑ Certified Mail ☐ Express Mail ☑ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7010 0780 0001 9731 7030 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

ATTEST:

_[signature]_

CHARLES J. LILLEY
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Civil Action No.: 3:11-CV-00375 (JCH)

THORNTON AND COMPANY, INC.

VS

LINDAMAR INDUSTRIES, INC.

---

Afterwards the Post Office returned to me the attached envelope marked, "NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD" **(Lindamar Industries, Inc., C/o The Secretary).**

ATTEST:

_____
CHARLES J. LILLEY
STATE MARSHAL
HARTFORD COUNTY

Charles J. Lilley
State Marshal
39 Russ Street
Hartford, CT 06106

Lindamar Industries, Inc.
C/o The Secretary
1083 Commerce Way

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

7010 0780 0001 9731 7023



UNITED STATES POSTAL SERVICE

1000

93446

U.S. POSTAGE PAID
HARTFORD, CT 06103
MAR 25, '11
AMOUNT
$6.83
0004-8426-10